UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    ORDER |
| VS. | : |
| DAVE SILVESTER PIERRI | |
| | :    CR. NO. 09-385-01(FLW) |
| Defendant | : |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 2nd day of June, 2009

ORDERED that Richard Coughlin, Federal Public Defender(Brian Reilly, AFPD)  for the District of New Jersey is  hereby appointed to represent said defendant in this cause until further order of the Court.

_____
**FREDA L. WOLFSON**
**UNITED STATES DISTRICT JUDGE**

cc:  Federal Public Defender