UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 09-385 |
| v. | : | |
| DAVE SILVESTER PIERRE a/k/a "David S. Pierre" | : | DETENTION ORDER |

This matter having been opened to the Court on motion of the United States, by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Harvey Bartle, IV, Assistant United States Attorney, appearing on behalf of the United States before the Court on June 2, 2009), in the presence of Brian Reilly, attorney for defendant Dave Silvester Pierre, for an order pursuant to Title 18, United States Code, Section 3142(e) detaining the defendant; the Court makes the following findings:

1. On May 21, 2009, an indictment was filed against defendant Pierre charging him with illegal re-entry into the United States after he had departed the United States while an order of deportation was outstanding, subsequent to his conviction for an aggravated felony, in violation of 8 U.S.C. § 1326(a) and (b)(2).

2. Defendant Pierre appeared before this Court on June 2, 2009 for an initial appearance and arraignment.

3. At the present time, the defendant has notified the Court of his intention not to contest detention in this matter, but reserves the right to request a full hearing before this Court

pursuant to Title 18, United States Code, Section 3142(f) on the issue of release at a later date.

IT IS, therefore, on this 2nd day of June, 2009,

ORDERED that the motion of the United States for an order detaining the defendant is hereby GRANTED, and the defendant is hereby ordered detained.  The defendant, by and through counsel, having not contested the detention motion of the government, hereby reserves the right to request a full hearing before this Court pursuant to Title 18, United States Code, Section 3142(f) on the issue of release at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142, that the defendant be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

    S/Freda L.Wolfson
HON. FREDA L. WOLFSON
United States District Judge