JUL. 28. 2009  3:42PM    FEDERAL-PUBLIC-DEFEN                     NO. 5068   P. 2

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| v. | : | Criminal No. 09-385 |
| DAVE SILVESTER PIERRE a/k/a "David S. Pierre" | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Harvey Bartle, IV, Assistant United States Attorney), and defendant Dave Silvester Pierre by Brian Reilly, Assistant Federal Public Defender), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time

1

JUL. 28. 2009  3:42PM      FEDERAL-PUBLIC-DEFEN                          NO. 5068   P. 3

to negotiate a plea agreement, which would render trial of this matter unnecessary;

    2.   Defendant has consented to the aforementioned continuance; and

    3.   Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 29th day of July, 2008, it is

ORDERED that the proceedings in the above-captioned matter are continued from July 29, 2009 through August 26, 2009;

IT IS FURTHER ORDERED that the period between July 29, 2009 through August 26, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that if the defendant intends to file motions, his motions shall be filed no later than July 28, 2009;

IT IS FURTHER ORDERED that any response by the Government to defendant's motions shall be filed no later than August 11, 2009;

IT IS FURTHER ORDERED that oral argument as to any such motions shall be conducted on August 18, 2009; and

IT IS FURTHER ORDERED that the trial in this matter will commence on August 26, 2009.

_____
HON. FREDA L. WOLFSON
United States District Judge

Consented and Agreed to by:

_____
Harvey Bartle, IV
Assistant U.S. Attorney

_____
Brian Reilly
Counsel for defendant

_____
Dave Silvester Pierre