UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Freda L. Wolfson |
| v. | : Criminal No. 09-385 |
| DAVE SILVESTER PIERRE<br>a/k/a "David S. Pierre" | : <u>CONTINUANCE ORDER</u> |

      This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Harvey Bartle, IV, Assistant United States Attorney), and defendant Dave Silvester Pierre (by Brian Reilly, Assistant Federal Public Defender), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time

to negotiate a plea agreement, which would render trial of this matter unnecessary;

    2.  Defendant has consented to the aforementioned continuance; and

    3.  Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 26th day of August, 2009, it is

ORDERED that the proceedings in the above-captioned matter are continued from August 27, 2009 through September 29, 2009;

IT IS FURTHER ORDERED that the period between August 27, 2009 through September 29, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that if the defendant intends to file motions, his motions shall be filed no later than September 8, 2009;

IT IS FURTHER ORDERED that any response by the Government to defendant's motions shall be filed no later than September 15, 2009;

IT IS FURTHER ORDERED that oral argument as to any such motions shall be conducted on September 22, 2009; and

IT IS FURTHER ORDERED that the trial in this matter will commence on September 29, 2009.

_____
HON. FREDA L. WOLFSON
United States District Judge

Consented and Agreed to by:

_____
Harvey Bartle, IV
Assistant U.S. Attorney

_____
Brian Reilly
Counsel for defendant

_____
Dave Silvester Pierre

3