UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | ORDER |
| VS. | : | |
| DAVE SILVESTER PIERRE | : | CR. NO. 09-385-01(FLW) |
| Defendant | : | |

This matter having been open to the Court by Brian P. Reilly, AFPD, counsel for the defendant on an application to be relieved as counsel; it appearing that Mr. Reilly sent a letter dated October 19, 2009, requesting to be relieved as counsel due to certain issues concerning effective representation; the Court having considered such application, and for good cause shown,

It is on this 20th day of October, 2009

ORDERED that Brian P. Reilly, AFPD is hereby relieved as counsel for the defendant.

_____
FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE

cc: Federal Public Defender